# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0761
LT Case No. 2012-CF-005206-A

———————————————

TERRENCE PARIS, II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Ryan Edward McFarland, of Kent & McFarland Attorneys At
Law, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson,
Assistant Attorney General, Tallahassee, for Appellee.

March 12, 2026

PER CURIAM.

    AFFIRMED. *See Simmons v. State*, 332 So. 3d 1129, 1131-32
(Fla 5th DCA 2022).

EDWARDS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____